SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHRISTOPHER VAN GUNDY, Cal. Bar No. 152359
  cvangundy@sheppardmullin.com
MICHAEL A. LUNDHOLM, Cal Bar No. 336151
  mlundholm@sheppardmullin.com
Four Embarcadero Ctr., 17th Floor
San Francisco, CA 94111
Telephone:  (415) 434-9100
Facsimile:   (415) 434-3947

Attorneys for Defendant,
West Thomas Partners, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Forrett, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>West Thomas Partners, LLC d/b/a GFB,<br><br>Defendant. | Case No. 5:22-cv-02048-NC<br><br>**JOINT STIPULATION AND ORDER TO FURTHER EXTEND CASE DEADLINES**<br><br>The Honorable Nathanael M. Cousins<br><br>Filed: **March 30, 2022**<br>Summons Served: **May 10, 2022** |

**STIPULATION**

Pursuant to Local Rules 6-2 and 7-12, Plaintiff John Forrett ("Plaintiff"), individually, and on behalf of those similarly situated, and Defendant West Thomas Partners, LLC ("Defendant" or "West Thomas") jointly stipulate to continue the Case Management Conference, from the current September 7, 2022, date to September 28, 2022, because the hearing on Defendant's motion to dismiss is set for September 28, 2022. If the Court is inclined to grant this continuance, the Parties respectfully request the Court to extend out related case management deadlines accordingly, by three weeks: the last day for the parties to meet and confer as to case management conference issues, from August 17, 2022 to September 7, 2022; and the last day to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file a Joint Case Management Conference Statement, from August 31, 2022 to September 21, 2022. The Parties believe that good cause exists based on the following:

WHEREAS, the instant case was filed by Plaintiff on March 30, 2022;

WHEREAS, the Parties previously stipulated and the Court granted the stipulation to extend the last day to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement to August 31, 2022, and changed the date of the Initial Case Management Conference to September 7, 2022;

WHEREAS, West Thomas filed its motion to dismiss on August 19, 2022 with a hearing date of September 28, 2022;

WHEREAS, the Parties seek to move the deadlines in order to have the case management conference on the same day as the hearing for the motion to dismiss; and

NOW THEREFORE, it is hereby stipulated by and between Plaintiff and West Thomas, that: the last day for the Parties to meet and confer as to case management issues is September 7, 2022; and the last day to file a Rule 26(f)

Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement is September 21, 2022; and the date of the Initial Case Management Conference is September 28, 2022.

Dated: August 23, 2022

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Christopher Van Gundy*
    CHRISTOPHER VAN GUNDY
    MICHAEL A. LUNDHOLM

Attorneys for Defendant
WEST THOMAS PARTNERS, LLC

Dated: August 23, 2022

By     */s/ Ryan Gustafson*
    RYAN GUSTAFSON
    CHRISTOPHER T. AUMAIS
    CHRISTOPHER B. GOOD

Attorneys for Plaintiff
JOHN FORRETT

**PURSUANT TO THE PARTIES' JOINT STIPULATION, IT IS HEREBY ORDERED THAT:**

Good cause appearing therefore, the last day for the Parties to meet and confer as to case management issues is September 7, 2022, the deadline to file a Rule 26(f) Report, complete initial disclosures and file a Case Management Statement is extended to September 21, 2022, and the Initial Case Management Conference is moved to September 28, 2022, at 1:00 p.m. with the motion hearing via Zoom webinar.

**IT IS SO ORDERED.**

Dated: __August 23, 2022__

_____
HONORABLE NATHANAEL M. COUSINS



GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 23, 2022

By:  */s/ Christopher Van Gundy*
Attorney for Defendant
West Thomas Partners

SMRH:4874-6374-4047.2

-5-

5:22-cv-02048-NC
JOINT STIPULATION AND [PROPOSED] ORDER
TO FURTHER EXTEND CASE DEADLINES

## PROOF OF SERVICE

John Forrett v. West Thomas Partners, LLC d/b/a GFB

5:22-cv-02048-NC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

On August 23, 2022, I served true copies of the following document(s) described as **JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND CASE DEADLINES** on the interested parties in this action as follows:

**SERVICE LIST**

| | |
|---|---|
| Christopher T. Aumais,<br>Christopher B. Good,<br>Ryan Gustafson,<br>**GOOD GUSTAFSON AUMAIS LLP**<br>2330 Westwood Boulevard, Suite 103<br>Los Angeles, California 90064<br>Telephone: (310) 274-4663<br>E-mail: cta@ggallp.com<br>           cbg@ggallp.com<br>           jrg@ggallp.com | Attorneys for Plaintiff<br>JOHN FORRETT |
| Steffan T. Keeton<br>**THE KEETON FIRM LLC**<br>100 S Commons, Ste. 102<br>Pittsburgh PA 15212<br>Tel: (888) 412-5291<br>Email: stkeeton@keetonfirm.com | Attorneys for Plaintiff<br>JOHN FORRETT |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2022, at San Francisco, California.

_____
Justin Mychel Robinson-Williams