United States District Court
Northern District of California

UNITED  STATES  DISTRICT  COURT

NORTHERN  DISTRICT  OF  CALIFORNIA

JOHN FORRETT,

                    Plaintiff,

          v.

WEST THOMAS PARTNERS LLC,

                    Defendant.

Case No. 22-cv-02048-NC

**CASE MANAGEMENT
SCHEDULING  ORDER**

After considering the joint case management statement submitted by the parties, IT

IS HEREBY ORDERED  THAT the following deadlines are set:

1. AMENDMENT  OF PLEADINGS:  The deadline to amend pleadings and add
   parties is **December 5, 2022.**

2. PROTECTIVE  ORDER:  The deadline to request a protective discovery order is
   **December 5, 2022**.

3. NON-EXPERT  DISCOVERY:

   o   Initial Disclosures must be made by **October 26, 2022**.

   o   All non-expert discovery must be completed by **April 18, 2023**.

4. EXPERT  WITNESSES:

   o   Disclosure of expert testimony and reports under Federal Rule of Civil
       Procedure 26(a)(2) must be made by **September 22, 2023**.

   o   Parties must complete all discovery of expert witnesses under Federal
       Rule of Civil Procedure 26(b)(4) by **December 15, 2023**.

5. DISPOSITIVE  MOTIONS:  Parties must file and serve all dispositive motions

by **January 10, 2024**.

6.  MOTION FOR CLASS CERTIFICATION by **March 15, 2023.**

7.  FURTHER CASE MANAGEMENT CONFERENCE: **February 15, 2023 at 10:00 a.m.** The parties must file a joint case management statement by **February 8, 2023** in accordance with Civil L.R. 16-10(d).

8.  PRETRIAL STATEMENTS: The parties must meet and confer to discuss the preparation of a joint pretrial statement, which is due by **March 6, 2024**.

9.  PRETRIAL CONFERENCE: **March 20, 2024 at 2:00 p.m.**

10. TRIAL DATE: A jury trial will be held on **April 8, 2024, at 9:30 a.m.**

The trial will take place in Courtroom 5, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California. All hearings, conferences, and pretrial proceedings will be by phone or video conference via Zoom until further Court order.

**IT IS SO ORDERED.**

Dated: November 4, 2022    _____
NATHANAEL M. COUSINS
United States Magistrate Judge