J. RYAN GUSTAFSON (SBN 220802)
**GOOD | GUSTAFSON | AUMAIS LLP**
2330 Westwood Boulevard, Suite 103
Los Angeles, California 90064
Telephone:  (310) 274-4663
Email: jrg@ggallp.com

**THE KEETON FIRM LLC**
Steffen T. Keeton, Esq.*
100 S Commons Ste 102
Pittsburgh PA 15212
Tel: (888) 412-5291
stkeeton@keetonfirm.com
**Admitted Pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FORRETT, individually, and on behalf of those similarly situated,<br><br>                 Plaintiff,<br><br>         v.<br><br>WEST THOMAS PARTNERS, LLC d/b/a/ GFB,<br><br>                 Defendant. | Case No. 5:22-cv-02048-NC<br><br>The Honorable Nathanael M. Cousins<br><br>**REQUEST FOR ZOOM APPEARANCE**<br><br>**Hearing Date:** **July 5, 2023**<br>**Hearing Time:** **11:00 a.m.**<br>**Courtroom:** **5**<br><br>Complaint Filed:   March 30, 2022<br>Summons Served:  May 10, 2022 |

Counsel for Plaintiff John Forrett, on behalf of himself and of all others similarly situated, respectfully submits this request to appear remotely via Zoom at the Motion Hearing set for **July 5, 2023, at 11:00 a.m.** in San Jose, Courtroom 5, before Magistrate Judge Nathanael M. Cousins for Defendant West Thomas Partners, LLC d/b/a/ GBA's Motion to Dismiss Second Amended Complaint filed May 31, 2023. (Dkt. No. 48, hereinafter "Def.'s MTD.")  The Case Management Conference is also set for July 5, 2023 at 11:00 a.m., with Def.'s MTD.

Counsel for Plaintiff notes the court's preference in general for a party representative to appear in person for a hearing or case management conference. However, good cause exists to excuse personal attendance, and personal attendance may not be necessary, since a Zoom hearing will be just as effective, to hear parties' arguments on Defendant's second dismissal motion on file, and to set the case out for trial.

The facts establishing good cause include: Plaintiff's counsel is located in Los Angeles and no attorney maintains an office in San Jose; air travel to San Jose from Los Angeles and back, right after the Fourth of July holiday will be jammed and hectic with delays and seasonal travelers; and given the tighter briefing schedule, Defendant filed its Reply last week and counsel thought there was more time between the Reply and the Motion hearing date so no flights have been booked as of the time of this Request being filed.  Counsel for Plaintiff respectfully submits that for other lead attorneys are unavailable to argue this Motion due to pending trial conflicts, family obligations and health reasons.

Determination of whether Zoom appearance is practical and cost-effective may include consideration of where this case is at, where counsel for both sides are located, the statuses of San Jose and Los Angeles International Airports due to the national holiday, and is thus a practical consideration, given that Plaintiff is filing on behalf of himself and a proposed class and Defendant has filed not one but two motions to dismiss in this case.

Whether the motion hearing or the case management can be conducted remotely, the court

GOOD GUSTAFSON AUMAIS LLP

had previously allowed the Initial Case Management Conference by Zoom webinar and even by telephone. (Dkt. Nos. 21, 31, and 38.) Moreover, the hearing re: Defendant's Motion to Dismiss First Amended Complaint (Dkt. No. 27) was vacated in October 2022, when the court found the motion was suitable for decision without oral argument.

For all of the reasons stated above and good cause existing to excuse personal appearance, counsel for Plaintiff respectfully requests that the Court enter an Order granting counsel for Plaintiff's Request to Appear via Zoom for the July 5, 2023 hearing on the Motion to Dismiss the Second Amended Complaint and Case Management Conference in this matter.

Dated: June 30, 2023               GOOD GUSTAFSON AUMAIS LLP

By: _____
J. RYAN GUSTAFSON
Attorneys for Plaintiff and the Proposed Class