UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FORRETT,<br><br>    Plaintiff,<br><br>v.<br><br>WEST THOMAS PARTNERS LLC,<br><br>    Defendant. | Case No. 22-cv-02048-NC<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

On August 14, 2023, the Ninth Circuit issued its decision in *Nacarino v. Kashi Co.*, No. 22-15377, 2023 WL 5192559. Given the factual and legal parallels between that case and the instant one, the Court will allow each party to comment on the relevance of the case to the pending Motion to Dismiss. Defendant may provide briefing by September 5, 2023. Plaintiff may provide a response by September 12, 2023. Briefing is not to exceed five (5) pages per side.

**IT IS SO ORDERED.**

Dated: August 21, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge