SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
    Including Professional Corporations
CHRISTOPHER VAN GUNDY, Cal. Bar No. 152359
  cvangundy@sheppardmullin.com
Four Embarcadero Ctr., 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Attorneys for Defendant,
West Thomas Partners, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Forrett, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>West Thomas Partners, LLC d/b/a GFB,<br><br>Defendant. | Case No. 5:22-cv-02048-NC<br><br>**STIPULATION AND ORDER RE CASE MANAGEMENT CONFERENCE** *AS MODIFIED*<br><br>The Honorable Nathanael M. Cousins<br><br>Filed: **March 30, 2022**<br>Summons Served: **May 10, 2022** |

## **STIPULATION**

Pursuant to Local Rules 6-2 and 7-12, Plaintiff John Forrett ("Plaintiff"), individually, and on behalf of those similarly situated, and Defendant West Thomas Partners, LLC ("Defendant" or "West Thomas"), jointly and respectfully request that the Court vacate the current Case Management Conference set for October 25, 2023, to be re-set for some later date convenient for the Court in the event the Court does not grant the motion to dismiss in its entirety.

IT IS SO STIPULATED.

Dated: October 18, 2023

                Respectfully submitted,

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By     */s/ Christopher Van Gundy*
                            CHRISTOPHER VAN GUNDY

                          Attorneys for Defendant
                          WEST THOMAS PARTNERS, LLC

Dated: October 18, 2022

                By     */s/ J. Ryan Gustafson*
                            J. RYAN GUSTAFSON
                            CHRISTINA W. KIM

                          Attorneys for Plaintiff
                          JOHN FORRETT, individually, and on behalf
                          of those similarly situated

1      Pursuant to the Parties' Stipulation, IT IS HEREBY ORDERED THAT the
2 current Case Management Conference set for October 25, 2023 is continued to
3 December 13, 2023, at 10:00 AM by telephone.

4

5 **IT IS SO ORDERED.**

6

7

8 Dated: October 18, 2023

9                    HONORABLE NATHANAEL M. COUSINS



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: October 18, 2023                By: */s/ Christopher Van Gundy*
                                       Attorney for Defendant
                                       West Thomas Partners

PROOF OF SERVICE

John Forrett v. West Thomas Partners, LLC d/b/a GFB

5:22-cv-02048-NC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

On October 18, 2023, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

**SERVICE LIST**

| | |
|---|---|
| Christopher T. Aumais, <br> Christopher B. Good, <br> Ryan Gustafson, <br> **GOOD GUSTAFSON AUMAIS LLP** <br> 2330 Westwood Boulevard, Suite 103 <br> Los Angeles, California 90064 <br> Telephone: (310) 274-4663 <br> E-mail: cta@ggallp.com <br>        cbg@ggallp.com <br>        jrg@ggallp.com | Attorneys for Plaintiff <br> JOHN FORRETT |
| Steffan T. Keeton <br> **THE KEETON FIRM LLC** <br> 100 S Commons, Ste. 102 <br> Pittsburgh PA 15212 <br> Tel: (888) 412-5291 <br> Email: stkeeton@keetonfirm.com | Attorneys for Plaintiff <br> JOHN FORRETT |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

SMRH:4891-8754-0616.1

5:22-cv-02048-NC
STIPULATION AND [PROPOSED]
ORDER TO VACATE CMC

1  Executed on October 18, 2023, at San Francisco, California.

_____
Justin Mychel Robinson-Williams