UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FORRETT, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST THOMAS PARTNERS, LLC d/b/a GFB,<br><br>Defendant. | Case No. 22-cv-02048 NC<br><br>**ORDER SETTING AMENDED CASE SCHEDULE**<br><br>Re: ECF 87, 92 |

Upon consideration of the joint CMC statement (ECF 87), the stipulated proposed schedule (ECF 92), and information discussed at the October 2, 2024, CMC, the Court sets the following amended case schedule. This schedule supersedes the previously set schedule. Further amendments require Court order. This schedule mostly tracks the proposal of the parties in ECF 92, but slightly advances the deadline to file summary judgment (and related deadlines) so that a decision could be issued before the trial date.

In a prior order the Court referred this case to Magistrate Judge Virginia DeMarchi for a settlement conference.

*Case Schedule*:

1. Discovery is stayed until December 15, 2024.

2. The last day to complete fact discovery shall be April 3, 2025.

3. The last date for disclosure of expert reports shall be April 17, 2025.

4. The last date for disclosure of rebuttal expert reports shall be May 17, 2025.

5. Plaintiffs' class certification motion shall be due June 1, 2025.

6. Defendant's opposition to Plaintiffs' class certification brief shall be due July 1, 2025.

7. Plaintiffs' reply brief for class certification shall be due July 15, 2025.

8. The last date to complete expert discovery shall be July 25, 2025.

9. The last date to file *Daubert* motions (limited to one omnibus motion per side) shall be August 1, 2025.

10. The last date to file dispositive motions shall be August 8, 2025.

11. A pre-trial conference shall be held on October 22, 2025, at 2:00 p.m.  Pretrial conference filings, including motions in limine, are due October 5, 2025.

11. Trial shall commence on November 10, 2025.

12.  Next CMC: Feb. 26, 2025 10:00 a.m. by phone, with joint update due Feb. 19, 2025.

**IT IS SO ORDERED.**

Dated: October 7, 2024   _____

NATHANAEL M. COUSINS
United States Magistrate Judge