SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHRISTOPHER VAN GUNDY, Cal Bar No. 152359
NATASSIA KWAN, Cal Bar No. 294322
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        cvangundy@sheppardmullin.com
              nkwan@sheppardmullin.com

Attorneys for Defendant
West Thomas Partners, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FORRETT, individually, and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST THOMAS PARTNERS, LLC d/b/a/ GFB,<br><br>    Defendant. | Case No. 5:22-cv-02048-NC<br><br>**JOINT SETTLEMENT STATUS REPORT** |

# JOINT STATUS REPORT

Defendant West Thomas Partners, LLC ("Defendant" or "West Thomas") and Plaintiff John Forrett ("Plaintiff"), hereinafter "the Parties", submit this Joint Settlement Status Report pursuant to the Clerk's Notice on December 13, 2024 (Dkt. #98).

On December 13, 2024, counsel for Defendant notified the Court that the Parties reached an agreement in principle to settle the above-captioned litigation.

On January 9, 2025, the Parties executed a final Settlement Agreement and Release. The Parties anticipate that Plaintiff will file a dismissal with prejudice approximately thirty (30) days. Should the timing of the dismissal change, the Parties will notify the Court.

Dated: January 15, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
CHRISTOPHER VAN GUNDY
NATASSIA KWAN

Attorneys for Defendant
WEST THOMAS PARTNERS, LLC

Dated: January 15, 2025

GOOD | GUSTAFSON | AUMAIS LLP

By     /s/ Ryan Gustafson
J. RYAN GUSTAFSON
STEFFAN T. KEETON

Attorneys for Plaintiff JOHN FORRETT

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Natassia Kwan, attest that concurrence in the filing of this **JOINT SETTLEMENT STATUS REPORT** has been obtained from the other signatories.

Dated: January 15, 2025

By     */s/ Natassia Kwan*
            NATASSIA KWAN