| | |
|---|---|
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Christopher Van Gundy (Bar No. 152359)<br>855 Main St Suite 200,<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: 415.434.9100<br>Facsimile: 415.434.3947<br>cvangundy@sheppardmullin.com<br><br>*Counsel for Defendant*,<br>WEST THOMAS PARTNERS, LLC | **GOOD GUSTAFSON AUMAIS LLP**<br>J. Ryan Gustafson (Cal. Bar No. 220802)<br>2330 Westwood Blvd., No. 103<br>Los Angeles, CA 90064<br>Tel: (310) 274-4663<br>jrg@ggallp.com<br><br><br>Counsel for Plaintiff,<br>JOHN FORRETT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FORRETT, et al.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WEST THOMAS PARTNERS, LLC,<br><br>　　　　　Defendant. | Case No. 5:22-cv-02048-NC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>**[F.R.C.P. 41]**<br><br>Judge:　　Hon. Nathanael Cousins |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties stipulate and request that the Court dismiss with prejudice the above-captioned action in its entirety, with each Party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: February 3, 2025

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

CHRISTOPHER VAN GUNDY (Bar No. 152359)


_/s/ Christopher Van Gundy_
Christopher Van Gundy

Attorneys for Defendant,
WEST THOMAS PARTNERS, LLC

Dated: February 3, 2025

**GOOD GUSTAFSON AUMAIS LLP**

J. RYAN GUSTAFSON (220802)


_/s/ J. Ryan Gustafson_
J. Ryan Gustafson
Attorneys for Plaintiff,
John Forrett

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2025    _____

The Honorable Nathanael Cousins
United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, John Ryan Gustafson, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on February 3, 2025, in Los Angeles, California.

          /s/ J. Ryan Gustafson
          J. Ryan Gustafson